■ MICHAEL BUFANO, Respondent, v. MARTIN BLETSCHER, Appellant.— Judgment entered September 9, 1963, in the sum of $10,842.50 in favor of plaintiff, unanimously reversed on the law and on the facts, the verdict vacated, and a new trial granted, with $50 costs to defendant-appellant, unless plaintiff stipulates to accept $3,000 plus $650 special damages in lieu of the award by verdict, in which event the judgment is modified to that extent, and, as so modified, affirmed, with $50 costs to defendant-appellant. The verdict of the jury in this personal injury negligence action is made up of two parts — general and special damages. The latter finding in the sum of $650 can be sustained. However, that portion which represents compensation for injuries is grossly excessive and an award in excess of $3,000 cannot be justified by the record. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ FROUGE CORPORATION v. JOLY HARTERT.— Motion for leave to prosecute under the Appendix System denied as unnecessary. Under rule V of the rules of this court an appeal may be prosecuted as of right upon a record or statement authorized by CPLR 5526, 5527, 5528 at appellant's option. Concur — Botein, P. J., Brietel, Rabin, Valente and McNally, JJ

■ SECURITY OPTIONS CORP. v. RICHARD SHELTON.— Motion to vacate the dismissal (22 A D 2d 855) denied, without costs. The affidavits submitted by the appellant, including the affidavit previously submitted in opposition to the motion to dismiss the appeal, fail to present a satisfactory factual showing of a reasonable excuse for the delay in perfecting this appeal taken in September, 1962. Furthermore, the plaintiff appellant has failed to make a prima facie showing of merit. (See *Tonkonogy* v. *Jaffin*, 21 A D 2d 264.) Concur — Botein, P. J., Breitel, Rabin, Eager and Staley, JJ.

■ In the Matter of the Probate of the Will of PAUL PASQUIER, Deceased. — Motion for reargument denied, with $10 costs. See memorandum decision on the prior motion (22 A D 2d 655). Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ DORIS BARTSCH v. CARLO SENECA.— Motion granted only to the extent of directing respondent to pay for and cause to be filed in the official Family Court file the transcript of the trial and that the said transcript be ordered from the three court reporters within five days after service of a copy of the order herein, with notice of entry. If the stenographic minutes are transcribed before December 1, 1964, the parties are directed to perfect these appeals for the January 1965 Term of this court. If transcribed thereafter, the parties are directed to perfect their appeals for the February 1965 Term of this court. The denial of the motion for a counsel fee on appeal is without prejudice to an application to the Family Court under section 438 of the Family Court Act for such relief. In all other respects, the motion is denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.